IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:06-cr-00305 LJO |
| Plaintiff, | ) ) | |
| | ) ) | ORDER ON GOVERNMENT'S MOTION TO DISMISS |
| v. | ) | (Fed. R. Crim. P. 48 (a)) |
| BOBBY WILSON, | ) ) | |
| Defendant. | ) ) | |
| | ) | |

O R D E R

IT IS HEREBY ORDERED that the indictment in the above-entitled case be dismissed as to Bobby Wilson.

Dated: July 18, 2008                    /s/ Lawrence J. O'Neill
                                        Lawrence J. O'Neill
                                        U.S. District Judge

1